**Serge VLADIMIRSKY, Respondent**

v.

**The SCHOOL DISTRICT OF PHILADELPHIA, Petitioner**

No. 417 EAL 2016

Supreme Court of Pennsylvania.

January 23, 2017

## ORDER

PER CURIAM

**AND NOW,** this 23rd day of January, 2017, the Petition for Allowance of Appeal is **DENIED.**